IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No. 3:06CR044 |
| JOHN H. RAY | ) |

**ORDER**

In the interest of justice and for good cause shown, the Court orders the forensic analysis of the defendant's computer and cellular telephone.

Dated this 21st day of march, 2013

_____
Walter H. Rice
United States District Court Judge